1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

KEVIN DEAN BREWER,                    )
                                      )
            Plaintiff,                )    No. EDCV 13-1368 MWF (AJW)
                                      )
      v.                              )
                                      )
RABBI HADJADJ, et al.,                )    ORDER ACCEPTING REPORT
                                      )    AND RECOMMENDATION OF
            Defendants.               )    MAGISTRATE JUDGE
_____)

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: September 14, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge