JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN DEAN BREWER, | ) | |
| Plaintiff, | ) ) ) | No. EDCV 13-1368 MWF (AJW) |
| v. | ) ) | |
| RABBI HADJADJ, et al., | ) ) | JUDGMENT |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 14, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge